UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Case No. 19-CR-58

EY LAO,

    Defendant.

---

### INFORMATION PURSUANT TO TITLE 21 U.S.C. § 851

---

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Rebecca L. Taibleson and Daniel R. Humble, Assistant United States Attorneys for said district, hereby states that it intends to rely on the following previous conviction of the defendant, Ey Lao, for the purpose of increased penalties under Title 21 U.S.C. §§ 841 and 851:

On or about January 7, 2015, Ey Lao was convicted of a felony drug offense, namely, possession with the intent to deliver amphetamine, in violation of Wisconsin Statute § 961.41(1m)(e)(2), in Brown County, in the State of Wisconsin, Case No. 2014CF001467.

Date: 9/23/19

MATTHEW D. KRUEGER
United States Attorney